UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:20-CV-23706-DPG

**VICTOR ARIZA**,

Plaintiff,

vs.

**CHIFFINO SISTERS I, INC.,**
**a Florida for-profit corporation,**

Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff VICTOR ARIZA, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement in principle and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court stay all further proceedings for thirty (30) days for the parties to complete the settlement paperwork and file a stipulation of dismissal with prejudice.

Respectfully submitted,

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 N. Hiatus Road
Sunrise, FL 33351
T. 954/362-3800
954/362-3779 (Facsimile)
Email:  rhannah@rhannahlaw.com


By___*s/ Roderick V. Hannah*___
        RODERICK V. HANNAH
        Fla. Bar No. 435384

**LAW OFFICE OF PELAYO**
**DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T. 305/266-9780
305/269-8311 (Facsimile)
Email: pduran@pelayoduran.com


By ___*s/ Pelayo M. Duran*_____
        PELAYO M. DURAN
        Fla. Bar No. 0146595

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 20th day of October, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Michelle M. Deeb, Esq.
DEEB & DEEB, P.A.
500 South Dixie Highway, Suite 304
Coral Gables, FL  33146
(305) 670-1188 ext 102
michelle@deebpa.com

*Attorneys for Defendant*
*CHIFFINO SISTERS I, INC.*

                    /s/ *Roderick V. Hannah*
                    Roderick V. Hannah